CO-180 (Rev. 4/02)

# WARRANT FOR ARREST

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>MARCUS MANOR<br><br>DOB:     PDID: | DOCKET NO:<br>**06-132** | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Marcus Manor<br>D.C. Jail | FILED<br>JUL 2 1 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF:    INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18:922(g)(1) | |
|---|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY:<br>MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>5/18/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>5/18/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 5/18/06 | NAME AND TITLE OF ARRESTING OFFICER<br>Stephenie Owens<br>DUSM | SIGNATURE OF ARRESTING OFFICER | |
|---|---|---|---|
| DATE EXECUTED 7/21/06 | | | |
| HIDTA CASE: Yes   No X | | OCDETF CASE: Yes   No X | |

334448