UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

CRIMINAL NO: 06-132

Registration No. _____

*[handwritten: DETENTION HEARING AND WITH THE FINDINGS WAIVED ON THE RECORD]*

**ORDER**

It is hereby ordered that the Defendant _Marcus Chanon_ be committed to the custody of the Attorney General or a designated representative for confinement in the corrections facility separate, to the extent practical, apart from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of a Court of the United States of America or at the request of the United States Attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

SO ORDERED, this 21st day of July, 2006

_____
DEBORAH A. ROBINSON
United States Magistrate Judge