UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **06-132 (EGS)** |
| | : | |
| v. | : | VIOLATIONS:  18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| **MARCUS MANOR,** | : | Ammunition by a Person Convicted of a Crime |
| **Defendant.** | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 22 D.C. Code §402 |
| | : | (Assault With a Dangerous Weapon) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about July 17, 2005, within the District of Columbia, **MARCUS MANOR**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F5745-01, did unlawfully and knowingly receive and possess a firearm, that is, a Rossi .38 caliber special revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .38 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

**COUNT TWO**

On or about July 17, 2005, within the District of Columbia, **MARCUS MANOR**, assaulted Lucretia Pressey, with a dangerous weapon, that is, a revolver.

(**Assault with A Dangerous Weapon**, in violation of Title 22, District of Columbia Code, Section 402)

>KENNETH L. WAINSTEIN
>Attorney of the United States in
>and for the District of Columbia
>Bar No. 451-058

BY: _____
>CATHERINE CONNELLY
>Assistant United States Attorney
>Federal Major Crimes Section
>555 4th Street, N.W., Room 4844
>Washington, D.C. 20530
>(202) 616-3384