**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
  Plaintiff,

 vs.              Criminal No. 06-132 (EGS)
MARCUS MANOR
  Defendant.
_____

**<u>ORDER</u>**

  On **<u>NOVEMBER 2, 2006</u>**, the defendant pled guilty to the Two Count Information.

 Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **<u>january 5, 2007</u>**; defendant's memorandum of law, if any shall be filed by no later than **<u>JANUARY 12, 2007</u>**; the Government's memorandum of law, if any shall be filed by no later than **<u>JANUARY 16,  2007,</u>** a reply, if any, shall be filed by no later than **<u>JANUARY 26, 2007</u>**; and it is further

 ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **<u>FEBRUARY 2, 2007 AT 12:30 P.M.</u>**

 IT IS SO ORDERED.

 DATE: November 2, 2006
             EMMET G. SULLIVAN
           UNITED STATES DISTRICT JUDGE