UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 2 2006

UNITED STATES
       Plaintiff,

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Criminal No. 06-132(EGS)

MARCUS MANOR
       Defendant

## WAIVER OF INDICTMENT

I, MARCUS MANOR the above named defendant, who is accused of _assault with a dangerous weapon; Unlawful Possession of a firearm by a convicted felon_ being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _Nov. 2, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment