UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-132 (EGS)** |
| | : | |
| v. | : | |
| | : | |
| **MARCUS MANOR** | : | |

## ORDER

WHEREUPON, having considered the Government's Motion for Guidelines Credit, and the record before the court, it is hereby

**ORDERED**, that the Government's motion is hereby GRANTED.

_____
Emmet G. Sullivan
United States District Judge

cc:

Catherine K. Connelly
U.S. Attorney's Office
555 4th Street, NW
Washington, D.C. 20530

David Bos
Assistant Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004