UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br>　　v.<br>MARCUS MANOR<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Crim No. 06-132 (EGS) |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

　　Defendant, Marcus Manor, through undersigned counsel, respectfully moves this Court to continue the presently scheduled sentencing in this case for one week to allow counsel for the Defendant to complete the Defendant's Memorandum in Aide of Sentencing.  As grounds for this motion, counsel states:

　　1.  The Defendant's sentencing date is presently set for February 2, 2007.

　　2.  Due to his heavy caseload, counsel for the Defendant has not yet completed the Defendant's Memorandum in Aide of Sentencing but expects to have it completed by the close of business on February 5, 2007. Although the Defendant is not disputing sentencing guideline calculation in this case, there are additional sentencing factors which the Defendant believes the Court should consider in fashioning the appropriate sentence in this case. Counsel for the Defendant therefore requests a short continuance of the sentencing in this case.

　　3. The Government, per Assistant United States Attorney Catherine Connelly, does not object to this request.

WHEREFORE, defendant respectfully requests that this motion be granted.

        Respectfully submitted,

        A.J. Kramer
        Federal Public Defender

        _____/s/_____
        David W. Bos
        Assistant Federal Public Defender
        625 Indiana Ave., N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500, ext. 118

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Motion has been served on counsel for the government, AUSA Catherine Connelly this 1st day of February, 2007.

        _____/s/_____
        David W. Bos