UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA  )  |  |  |
| Plaintiff,  )  |  |  |
| v.  )  | Crim No. 06-132 (EGS) |  |
| )  |  |  |
| MARCUS MANOR  )  |  |  |
| )  |  |  |
| Defendant.  )  |  |  |

**ORDER**

Upon consideration of defendant's motion to continue the presently scheduled sentencing, it is this _____ day of February, 2007,

**ORDERED** that sentencing scheduled for February 2, 2005, be rescheduled to _____, 2007 at _____ .m.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Catherine Connelly
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001